IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PRISM TECHNOLOGIES, LLC,** | ) | CASE NO. 8:08CV195 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **VERISIGN, INC.,** | ) | |
| | ) | |
| Defendant, | ) | |

| | | |
|---|---|---|
| **PRISM TECHNOLOGIES, LLC,** | ) | CASE NO. 8:08CV196 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| **PAYPAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice received by the Court on December 31, 2008, from counsel for the Defendants that the above-captioned cases have settled,

IT IS ORDERED:

1. The Court's Order of December 2, 2008, is vacated;

2. The Clerk of the Court is directed to reopen the cases;

3. On or before January 30, 2009, the parties shall file electronically joint stipulations for dismissal (or other dispositive stipulations) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the cases. If the cases are being dismissed, then the stipulations shall comply with Fed. R. Civ. P. 41(a)(1), and shall state whether the dismissal is with or without prejudice; and

4. Absent compliance with this order, these cases (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 31st day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge