IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PRISM TECHNOLOGIES, LLC,** | ) | CASE NO. 8:08CV195 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | **OF DISMISSAL** |
| | ) | |
| **VERISIGN, INC.,** | ) | |
| | ) | |
| **Defendant,** | ) | |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. The stipulation for dismissal with prejudice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved.  Accordingly,

IT IS ORDERED:

1. The parties' Stipulation of Dismissal with Prejudice (Filing No. 45) is approved, and the relief requested therein is granted;

2. The Complaint, as well as all claims and counterclaims in this action are dismissed with prejudice;

3. Any pending motions in the above-captioned case are terminated; and

4. The parties shall pay their own costs and attorneys' fees.

DATED this 5th day of January, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge